**No. 60483.**—E. Leitz, Inc. v. United States, protest 268089–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of printing boards the same in all material respects as those the subject of Abstract 59555, the claim of the plaintiff was sustained.